IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PERRY STEVENS, | ) |
| *Plaintiff,* | ) ) ) No. 06 CV ____ |
| -vs- | ) ) *(jury demand)* |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS UGARTE, #15050, and BANKUS, #6769 | ) ) FILED: OCTOBER 22, 2008 ) 08CV6037 ) JUDGE GUZMAN ) MAGISTRATE JUDGE COLE |
| *Defendants.* | ) PH |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiff Perry Stevens is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation joined in this action as the potential indemnifier of the individual police officers.

4. Defendants Ugarte and Bankus were at all times relevant acting under color of their authority as Chicago police officers.

5. On May 3, 2008, defendants Ugarte and Bankus arrested plaintiff and caused plaintiff to be charged with a criminal offense. Defendants Ugarte and Bankus did not have a lawful basis on which to make this arrest; after making the arrest, defendants Ugarte and Bankus prepared false police reports and fabricated evidence that would be used to hold plaintiff in custody and to be charged with a criminal offense.

6. Plaintiff was imprisoned for three days and required to appear in Court on several occasions before the bogus criminal charges were resolved in his favor.

7. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

8. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

*/s/ Kenneth N. Flaxman*

―――――――――――――――

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*